UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TANYA PRSHEWLOZKY

    Plaintiff(s),

vs.

JOHN E. POTTER, POSTMASTER GENERAL,

    Defendant(s).
_____/

No. C-06-7757 MHP

**ORDER TRANSFERRING VENUE**

    Plaintiff has brought this action in this District complaining of disability discrimination and retaliatory treatment in connection with her employment with the United States Postal Service at the Colonial Station and Oak Park Station facilities both of which are located in Sacramento, California.

    District Courts have jurisdiction of these claims pursuant to 42 U.S.C. secs. 2000e-5 and 2000e-16b. However, venue for these actions lies in the "judicial district in the State in which the unlawful employment practice is alleged to have been committed, in the judicial district in which the employment records relevant to such practice are maintained and administered, or in the judicial district in which the aggrieved person would have worked but for the alleged unlawful employment practice...." Sec. 2000e-5(f)(3). It is clear from a review of the papers submitted by plaintiff and from her own allegations that venue does not lie in this District, but that venue properly lies in the United States District Court for the Eastern District of California where Sacramento is situated.

Accordingly, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Eastern District of California and the Clerk of Court shall transfer the file to that District.

Date: January 12, 2007

_____
MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California

2

**ENDNOTES**

3